**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Ken Jermaine Fowler,<br><br>        Defendant. | CR12-08156-001-PCT-GMS<br><br>**ORDER** |

      The defendant appeared in court with counsel. Pursuant to 18 U.S.C. §3148 a pretrial release revocation hearing was held. The Court finds by a preponderance of the evidence that defendant has committed additional criminal conduct while on pretrial release and by clear and convincing evidence that the defendant has violated the terms of defendant's previously imposed pretrial release conditions as alleged in the Petition to Revoke. After considering the factors set forth in 18 U.S.C. §3142(g), the court concludes there are no conditions or combination of conditions which will assure the defendant will not flee or pose a danger to the safety of other persons or the community and that if there were such conditions the defendant is unlikely to abide by such conditions.

      IT IS ORDERED that the defendant be detained.

      DATED this 17th day of September, 2013.

                                                                               Mark E. Aspey<br>
                                                                  United States Magistrate Judge